**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| KIMBERLY JEAN BROWN, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | Appellate Case No. 26-3055 |
| | ) | |
| v. | ) | (On Appeal from Northern District of Illinois, |
| | ) | Eastern Division, Case No. 1:25-cv-12209, |
| CBS BROADCASTING INC., et al., | ) | Hon. Martha M. Pacold, Presiding) |
| | ) | |
| Defendants-Appellees. | ) | |

**APPELLANT'S MOTION FOR LEAVE TO SUBMIT FILINGS VIA EMAIL**
**TO THE PRO SE FILINGS INBOX**

NOW COMES Appellant Kimberly Jean Brown, proceeding pro se and in forma pauperis, and respectfully moves this Honorable Court for leave to submit appellate motions, briefs, and filings via email directly to the Seventh Circuit Clerk's dedicated pro se email inbox (ca07_pro_se_filings@ca7.uscourts.gov) for docketing in Appeal No. 26-3055 pursuant to Fed. R. App. P. 25(a)(2)(B)(i). In support of this Motion, Appellant states as follows:

**Procedural Posture & Current Electronic Service Status:** Appellant is proceeding pro se and in forma pauperis in this appeal. Appellant currently receives immediate electronic notices of court orders and docket activity via CM/ECF/PACER. However, on October 22, 2026, the Court denied Appellant's motion for permission to file electronically through CM/ECF (Doc. 10). Consequently, Appellant is currently restricted to paper submissions for all outbound filings.

**Substantial Compounding Delays Inherent in Outbound U.S. Postal Transit:**

1) **Seven-Day Outbound Transit Lag:** In practice, dispatching filings via First-Class U.S. Mail can result in a one to two week delay from the date a paper document is placed in the mail until the date it is physically delivered to Room 2722, processed, and docketed by the Clerk's Office.

2) **Severe Truncation of Filing Windows:** Because an outbound paper filing in the Seventh Circuit is generally deemed filed only upon physical receipt by the Clerk (Fed. R. App. P. 25(a)(2)(A)), Appellant must complete, print, and mail all motions, responses, and briefs 7 to 10 days before any deadline to guarantee timely physical arrival. For short turnaround orders, having to dispatch paper mail significantly reduces Appellant's effective preparation, research, and drafting window to merely a few days.

3) **Asymmetrical Procedural Hardship:** Appellees' counsel can e-file instantly via CM/ECF and they have the benefit of the full drafting period, without truncation for US Mail. Forcing an indigent litigant to rely solely on postal transit for outbound submissions creates a recurring, artificial risk of procedural default.

4) **Printing Hardship:** Having to pay the cost of printing lengthy multi-page filings, appendices, and recurring emergency motions creates an immense unnecessary financial burden on an indigent litigant.

5) **Narrow Relief Requested:** Appellant does not seek attorney-level CM/ECF docketing credentials in this motion. Rather, Appellant seeks the narrower, established accommodation of emailing PDF submissions directly to the Clerk's dedicated pro se filing address, ca07_pro_se_filings@ca7.uscourts.gov or another of the Clerk's email addresses, pursuant to Fed. R. App. P. 25(a)(2)(B)(i).

6) **Orderly Administration and Immediate Transmission:** Granting email submission privileges to the Clerk's pro se inbox will:
   - Eliminate the 7-day outbound postal transit delay and ensure the Court receives filings on the date they are finalized;
   - Restore a fair, non-truncated timeline for Appellant to research and draft pleadings;
   - Enable the Clerk's Office to upload original PDF filings directly to CM/ECF without the burden of physical scanning; and

- Automatically generate instant Notice of Electronic Filing to all registered defense counsel of record pursuant to Fed. R. App. P. 25(c)(2) upon entry.
- Appellant will comply with all technical guidelines governing email submissions, including transmitting documents as searchable PDFs, signing filings in conformity with circuit rules, and copying lead counsel of record on all transmission emails.

WHEREFORE, Appellant Kimberly Jean Brown respectfully requests that this Court grant this Motion and authorize Appellant to submit filings in Appeal No. 26-3055 via email to the Clerk of the Court at ca07_pro_se_filings@ca7.uscourts.gov, and grant such further relief as this Court deems just and proper.

Dated: November 11, 2026

Respectfully submitted,
/s/ Kimberly Jean Brown
Kimberly Jean Brown, J.D.
Plaintiff-Appellant, Pro Se
1026 E. 46th St., Unit 2E, Chicago, IL 60653
Phone: (773) 673-0324
Email: Kim@PrivacyGladiators.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2026, I submitted for filing the foregoing APPELLANT'S MOTION FOR LEAVE TO SUBMIT FILINGS VIA EMAIL TO THE PRO SE FILINGS INBOX with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by emailing the original document to ca07_pro_se_filings@ca7.uscourts.gov.

I further certify that all counsel of record for Appellees are registered CM/ECF users and that service will be accomplished upon them by the Court's CM/ECF system pursuant to Fed. R. App. P. 25(c)(2) upon docketing by the Clerk. Additionally, counsel of record are copied on the email transmission to the Clerk.

/s/ Kimberly Jean Brown
Kimberly Jean Brown
Appellant, Pro Se