# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

U.S.C.A. — 7th Circuit
RECEIVED
NOV 1 3 2026

| | | |
|---|---|---|
| KIMBERLY JEAN BROWN, | ) | |
| Plaintiff-Appellant, | ) | **Appellate Case No. 26-3055** |
| | ) | |
| v. | ) | (On Appeal from |
| | ) | Northern District of Illinois, |
| | ) | Case No. 1:25-cv-12209, |
| CBS BROADCASTING INC., et al., | ) | Hon. Martha M. Pacold, Presiding) |
| Defendants-Appellees. | ) | |

## APPELLANT'S MOTION TO STAY APPELLATE PROCEEDINGS PENDING DISTRICT COURT RULING ON MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE, OR IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME

NOW COMES Appellant Kimberly Jean Brown, proceeding pro se, pursuant to Federal Rules of Appellate Procedure 10 and 26 and Seventh Circuit Rules, and respectfully moves this Court to stay appellate proceedings—or, in the alternative, suspend the deadline for filing the Transcript Information Sheet—until after the District Court issues a ruling on Appellant's pending Motion to Waive Transcript Fees / Transcripts at Government Expense in Case No. 1:25-cv-12209. In support of this motion, Appellant states as follows:

**Pending Transcript Fee Waiver in District Court:** On September 26, 2026, Appellant ordered hearing transcripts for the July 23, 2026, and August 6, 2026,

proceedings in District Court Case No. 1:25-cv-12209. Because Appellant is proceeding in forma pauperis, Appellant filed a Motion to Waive Transcript Fees Transcripts at Government Expense pursuant to 28 U.S.C. § 753(f) on October 2, 2026 (Dkt. 168/169).

**No Ruling to Date:** As of this filing, the District Court has not yet resolved or entered an order on Appellant's pending fee waiver motion.

**Current Appellate Deadline:** On October 20, 2026, this Court granted in part Appellant's Emergency Motion for Extension of Time, extending the deadline to file the Transcript Information Sheet to November 13, 2026 (Doc. 9).

**Inability to Complete Transcript Form Without Ruling:** Appellant cannot complete or certify the Seventh Circuit Transcript Information Sheet until the District Court determines whether the transcripts will be produced at public expense under 28 U.S.C. § 753(f). The form requires Appellant to certify that financial arrangements have been completed with the court reporter, which depends upon the District Court's ruling.

**Paper Filing Hardship:** On October 22, 2026, this Court denied Appellant's motion for permission to file electronically via CM/ECF (Doc. 10). Because

Appellant is required to file all submissions in paper format by physical mail or courier, requiring Appellant to repeatedly file successive motions for short extensions every two to three weeks while awaiting a judicial ruling in the District Court imposes an undue financial and procedural burden on an indigent, pro se litigant, as well as an unnecessary administrative burden on this Court's docket.

**Stay Promotes Economy:** A temporary stay of appellate deadlines pending the District Court's disposition will avoid repetitive filings and conserve the resources of the parties and the Court. Appellant proposes a stay until the District Court rules, then Appellant filing the Transcript Information Sheet within fourteen (14) days of the District Court's ruling.

**Lack of Prejudice:** Appellees will not be prejudiced by a stay, as the appeal cannot effectively advance toward briefing until the record on appeal—including the relevant hearing transcripts—is settled.

**WHEREFORE,** Appellant respectfully requests that this Court:

- GRANT this Motion and STAY this appeal (or suspend the appellate deadlines) until following the District Court's ruling on Appellant's motion for transcripts at government's expense;
- Grant any further relief that this Court deems just and proper.

Respectfully submitted,
/s/ Kimberly Jean Brown
Kimberly Jean Brown, J.D.
Appellant, Pro Se
1026 E. 46th St., Unit 2E, Chicago, IL 60653
Phone: (773) 673-0324
Email: Kim@PrivacyGladiators.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this November 6, 2026, I submitted for filing the original of the foregoing motion to the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by first-class U.S. Mail to:

*Office of the Clerk*
*United States Court of Appeals for the Seventh Circuit*
*Everett McKinley Dirksen United States Courthouse*
*Room 2722 – 219 S. Dearborn Street*
*Chicago, IL 60604*

I further certify that service on all counsel of record will be accomplished by the Court's CM/ECF system pursuant to Fed. R. App. P. 25(c)(2) when the Clerk dockets this filing.

/s/ Kimberly Jean Brown
Kimberly Jean Brown

Kimberly Brown
Appellant 0:26-3055
1025 E 46th St
Unit 2E
Chicago, IL 60652

1***************************SNGLP 000

Office of the Clerk
Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States C
219 S Dearborn St RM 2722
Chicago, IL 60604-1803