# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 13, 2026

Before
REBECCA TAIBLESON, *Circuit Judge*

| | |
|---|---|
| No. 26-3055 | KIMBERLY JEAN BROWN,<br>Plaintiff - Appellant<br>v.<br>CBS BROADCASTING, INCORPORATED, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-12209<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold | |

Upon consideration of the **MOTION FOR LEAVE TO SUBMIT FILINGS VIA EMAIL TO THE PRO SE FILINGS INBOX**, filed on Novemvber 12, 2026, by the pro se appellant,

**IT IS ORDERED** that the motion is **DENIED**.