# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 16, 2026

*By the Court:*

| | |
|---|---|
| No. 26-3055 | KIMBERLY JEAN BROWN,<br>Plaintiff - Appellant<br><br>v.<br><br>CBS BROADCASTING, INCORPORATED, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-12209<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold | |

The following are before the court:

1. **APPELLANT'S EMERGENCY MOTION FOR EXTENSION OF TIME / STAY PENDING DISPOSITION OF DISTRICT COURT MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, MOTION FOR CERTIFICATION AND TRANSCRIPTS AT GOVERNMENT EXPENSE UNDER 28 U.S.C. § 753(f)**, filed on November 12, 2026, by the pro se appellant.

2. **APPELLANT'S MOTION TO STAY APPELLATE PROCEEDINGS PENDING DISTRICT COURT RULING ON MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE, OR IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME**, filed on November 13, 2026, by the pro se appellant.

A review of the district court's docket shows that the appellant's motion for reconsideration remains pending. To the extent that the appellant seeks an extension of time,

**IT IS ORDERED** that the appellant shall file any transcript information sheet by November 30, 2026.

**IT IS FURTHER ORDERED** that briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by December 16, 2026.
2. The briefs of the appellees are due by January 15, 2027.
3. The reply brief of the appellant, if any, is due by February 5, 2027.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC** (form ID: **178**)