# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 18, 2026

*By the Court:*

| | |
|---|---|
| No. 26-3055 | KIMBERLY JEAN BROWN,<br>Plaintiff - Appellant<br><br>v.<br><br>CBS BROADCASTING, INCORPORATED, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-12209<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold |

This court has determined that appellant Kimberly Jean Brown is an attorney representing herself and is authorized to practice law. Because Brown is an attorney, she must file documents electronically in this appeal. *See* Fed. R. App. P. 25(a)(2)(B)(i); Cir. R. 25. Accordingly,

**IT IS ORDERED** that the order denying leave to file electronically, issued on October 22, 2026, is **VACATED**.

Brown is directed to use the Electronic Case Filing system for filing material in this appeal. This court's Electronic Case Filing Procedures, the Electronic Case Filing User Manual, and answers to frequently asked questions regarding Electronic Case Filing are available at the Seventh Circuit's web site: http://www.ca7.uscourts.gov. The court warns Brown that frivolous or excessive filings may result in sanctions or filing restrictions.